IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CRYSTAL CLEAR COMPUTER**
**SOLUTIONS, LLC, TREVER SIMES**                                              **PLAINTIFFS**

V.                                     NO. 2:20-CV-00017-LPR

**CITY OF HELENA-WEST HELENA,**
**KEVIN SMITH, In his official capacity as**
**Mayor and Chief Executive Officer of the**
**City of Helena-West Helena; KEVIN SMITH,**
**In his individual capacity; and DERRICK**
**TURNER, City Treasurer, in his official capacity**                **DEFENDANTS**

## SATISFACTION OF JUDGMENT

By order of this Court dated October 7, 2021, the Defendants herein, City of Helena-West Helena (the "City"), Mayor Kevin Smith and Derrick Turner, in their official and individual capacities, were ordered to pay Plaintiffs the amount of $20,921.00 for damages in this action. The Court also awarded post-judgment interest calculated at a rate of .09% from the date of the entry of judgment, computed daily to the date of payment and compounded annually. After applying interest, Defendants tendered payment to Plaintiffs in the amount of $20,921.35

It is hereby acknowledged by the parties that the Judgment rendered herein against the Defendants has been satisfied and should be released and discharged in full. Plaintiffs agree to hold Defendants and their assigns harmless for any liens on said amounts paid pursuant to the Court's Judgment.

**WHEREFORE**, based on the satisfaction of this judgment by the Defendants, the receipt of such funds as hereby acknowledged, said order granting the Plaintiffs' judgment against the

Defendants is hereby released and all claims based thereon are forever released, discharged, and barred.

Respectfully submitted this 11th day of February, 2022

**DEFENDANTS**
William C. Mann, III, AR Bar No. 79199
Attorney for Defendants
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6131
EMAIL: bmann@arml.org

**PLAINTIFFS**
Sarah Howard Jenkins, AR Bar No. 97046
Sarah Howard Jenkins, PLLC
Post Office Box 242694
Little Rock, AR 72223
TELEPHONE: (501) 406-0905
EMAIL:  sarah@shjenkinslaw.com